IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-30468
_____

JOEY FOX; YOLAND FOX,

Plaintiffs-Appellants

versus

BP AMERICA, INCORPORATED; BP EXPLORATION & OIL INC

Defendants-Appellees

*****************************************************************

No. 97-30589

JOEY FOX; YOLAND FOX

Plaintiffs-Appellants

versus

DUAL DRILLING COMPANY, ET AL

Defendants

PORTER INTERNATIONAL LIMITED,
doing business as International
Paint Protective Coatings;
COURTAULDS COATINGS INCORPORATED

Defendants-Appellees

_____

Appeals from the United States District Court
For the Western District of Louisiana
(94-CV-1485)
_____

November 3, 1998

Before HIGGINBOTHAM, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See Local Rule 47.6.

_____

[*]  Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.